IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARRODRICK DUNN                                                          PLAINTIFF

VS.                                   CASE NO. 07-CV-1005

SHERIFF JAMES ROBINSON;
JAIL ADMINISTRATOR DAVID
OLIVER; and JAILER DEBRA BAKER                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on February 29, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 19). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion to Dismiss (Doc. No. 16) should be and hereby is **denied**. The Court also finds that the Defendants' Motion for Summary Judgment (Doc. No. 12) should be and hereby is **granted in part** and **denied in part.** Plaintiff's claim that he was subjected to unconstitutional conditions of confinement is hereby dismissed with prejudice. Plaintiff's claims that he was denied access to the courts and retaliated against are hereby dismissed without prejudice for failure to exhaust his administrative remedies. Plaintiff's claim that he was denied Due Process prior to being placed on disciplinary segregation on September 18, 2006, remains before the Court.

IT IS SO ORDERED, this 18th day of March, 2008.

                                                                 /s/Harry F. Barnes
                                                                  Hon. Harry F. Barnes
                                                                  United States District Judge