IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARRODRICK DUNN                                                           PLAINTIFF

VS.                                          CASE NO. 07-CV-10005

SHERIFF JAMES ROBINSON;
JAIL ADMINISTRATOR DAVID
OLIVER; and JAIL DEBRA BAKER                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on July 21, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 40). Ten (10) days have passed without objection being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff Sharrodrick Dunn's Complaint should be and hereby is dismissed on the ground that he has failed to obey an order of the Court and has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

IT IS SO ORDERED this 11th day of August, 2008.

                                                  /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge